

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2025

No. 04-24-00800-CR

Mark Anthony **ESPINOSA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 23-1397-CR-A
Honorable Jessica Crawford, Judge Presiding

**ORDER**

Sitting:     Adrian A. Spears II, Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

     In accordance with this Court's memorandum opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

     It is so **ORDERED** on February 26, 2025.

_____
Adrian A. Spears II, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk